IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRADLEY ZACH WOLCHUK; STEVEN DONALD LEMERY; JOSEPH NOTTINGHAM; RANDALL SHANE SAVAGE; and CYNTHIA SHAPIRO WOLCHUK, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 320-056 |
| TARRA JACKSON; MICHELLE HARDY; JAMES KELLY; ANNETTE GARRISON; JOHNSON STATE PRISON; DIANE CULLINS; JOCYLEN ELBERT; ANTOINE CALDWELL; ADA MESSER; JOSEPH DANIEL FINCHER; RICHARD BERRY; MADIA WEST; DEPARTMENT OF CORRECTIONS FOOD SERVICES DEPARTMENT; WILLIAM SMITH; and CAMERON LEE ELLIS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

The complaint is purportedly filed by five *pro se* prisoner Plaintiffs, incarcerated at Johnson State Prison ("JSP") in Wrightsville, Georgia, asserting claims under 42 U.S.C. § 1983. (Doc. no. 1.) Only Plaintiff Bradley Wolchuk filed a motion to proceed IFP. (See doc. no. 2.) The Court hereby dismisses all Plaintiffs except Plaintiff Bradley Wolchuk from this action for three reasons. First, Plaintiff Wolchuck wrote the complaint allegations in the first person and alleges only wrongful acts and omissions by Defendants against him

personally. The Complaint fails to state a claim by the remaining Plaintiffs against any Defendant. Second, it is doubtful the remaining Plaintiffs intended to be added as plaintiffs, and they may not even be aware of this lawsuit. None of them signed the complaint, and the Court is concerned Plaintiff Wolchuck signed the attached "Declarations of Fact" on behalf of the remaining Plaintiffs. (See doc. no. 1, pp. 8-22.) For these reasons, dismissal should not serve as a strike against the dismissed Plaintiffs. Finally, in the slight chance the dismissed Plaintiffs intended to be parties to this lawsuit, the PLRA does not permit multiple prisoners to bring complaints in a single lawsuit. Hubbard v. Haley, 262 F.3d 1194, 1196-98 (11th Cir. 2001). 1197-98.

Accordingly, the Court **REPORTS** and **RECOMMENDS** Plaintiffs Lemery, Nottingham, Savage, and Cynthia Wolchuk be dismissed from this case. The Court will rule on Plaintiff Bradley Wolchuk's motion to proceed IFP in a simultaneously filed Order.

SO REPORTED and RECOMMENDED this 19th day of October, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA