IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRADLEY ZACH WOLCHUK; STEVEN DONALD LEMERY; JOSEPH NOTTINGHAM; RANDALL SHANE SAVAGE; and CYNTHIA SHAPIRO WOLCHUK,<br><br>    Plaintiffs,<br><br>    v.<br><br>TARRA JACKSON; MICHELLE HARDY; JAMES KELLY; ANNETTE GARRISON; JOHNSON STATE PRISON; DIANE CULLINS; JOCYLEN ELBERT; ANTOINE CALDWELL; ADA MESSER; JOSEPH DANIEL FINCHER; RICHARD BERRY; MADIA WEST; DEPARTMENT OF CORRECTIONS FOOD SERVICES DEPARTMENT; WILLIAM SMITH; and CAMERON LEE ELLIS,<br><br>    Defendants. | CV 320-056 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion and **DISMISSES** Plaintiffs Lemery, Nottingham, Savage, and Cynthia Wolchuk from this case. Furthermore, the Court **GRANTS** Plaintiff Bradley Wolchuk's motion to voluntarily dismiss his case. (Doc. no. 8.) Voluntary dismissal is proper because no Defendant has filed an answer or a

motion for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 24 day of Nov., 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2