AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRADLEY ZACH WOLCHUK, et al.,

    Plaintiffs,

**AMENDED JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 320-056

TARRA JACKSON, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of November 24, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiffs Lemery, Nottingham, Savage, and Cynthia Wolchuk are DISMISSED from this case. Plaintiff Bradley Wolchuk's motion to voluntarily dismiss his case is GRANTED. This civil action is DISMISSED WITHOUT PREJUDICE, and this case stands CLOSED.

11/25/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Tara H. Burton*
(By) *Deputy Clerk*

GAS Rev 10/2020